IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN LOYDD SPRADLEY,                     Case No. 6:11-cv-1140-TC

        Plaintiff,                       ORDER

    v.

STATE OF OREGON, et al.,

        Defendants.

_____

Aiken, Chief Judge:

    Plaintiff filed suit alleging that defendants violated his constitutional rights while he was a patient at the Oregon State Hospital. Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned case on November 5, 2012. Magistrate Judge Coffin recommends that defendants' motion for summary judgment be granted and plaintiff's claims dismissed. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

1   - ORDER

When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff timely filed objections to the Findings and Recommendation. Upon <u>de novo</u> review, I find no error in Magistrate Judge Coffin's findings and analysis.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 52) filed November 5, 2012 is ADOPTED, defendants' Motion for Summary Judgment (doc. 46) is GRANTED, and this case is DISMISSED. The Clerk is directed to enter judgment in accordance with this Order.

IT IS SO ORDERED.

Dated this _3ᴿᴰ_ day of January, 2013.

_____
Ann Aiken
United States District Judge

2   - ORDER